IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,

      Petitioner,                      No. 2:08-cv-2914 WBS KJN P

   vs.

R.K. WONG,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has requested that this action be dismissed.  On February 14, 2011, respondent filed a notice of non-opposition to dismissal of the petition.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED:  February 15, 2011

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

wins2914.159